FILED '07 FEB 05 15:05 USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

VALENTINA SASHKOV,

        Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security

        Defendant.

Civil No. CV-06-232-HO

ORDER

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of $5647.06 are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: 6 FEB, 2007.

MICHAEL R. HOGAN
United States District Judge

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503) 224-0436
Attorney for Plaintiff